In the Matter of the Application of MAUDE A. DEWITT, Respondent, for a Mandamus Order against BOARD OF SUPERVISORS OF THE COUNTY OF MONROE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order overrules objections to an application for an alternative mandamus order directing reinstatement of petitioner.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of CHARLOTTE McCARTNEY, Respondent, for a Mandamus Order against BOARD OF SUPERVISORS OF THE COUNTY OF MONROE and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The alternative mandamus order directs reinstatement of petitioner.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER J. BURKARDT, Appellant, v. JOHN ELSAESSER, Respondent.— Order affirmed, without costs. Memorandum: The record shows no jurisdictional defect in the commitment inasmuch as the relator was present in person before the court and pleaded guilty and thus waived any irregularity antecedent thereto. (*City of Buffalo* v. *Neubeck*, 209 App. Div. 386; *Matter of Blum*, 9 Misc. 571; *People* v. *Park*, 92 id. 369; *People ex rel. Wojek* v. *Henderson*, 134 id. 228.) There can be no question of the court's jurisdiction of the subject-matter. All concur. (The order dismisses a writ of habeas corpus.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

LORETO STORNELLI, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent.— Judgment and order dismissing the complaint affirmed, with costs. All concur, except Sears, P. J., and Taylor, J., who dissent in part and vote for reversal and denial of the motion in so far as causes of action Nos. 1 and 2 are concerned. (See prevailing and dissenting opinions filed May 15, 1935, in *Schmidt* v. *Merchants Despatch Transportation Co.* and five companion cases, *ante*, p. 606.) Order denying motion to amend complaint affirmed, with ten dollars costs. Memorandum: The proposed amended complaint as compared with the original complaint is mainly repetitious and does not state any new sufficient cause of action. All concur. (The judgment dismisses the complaint in an action for personal injuries caused by contracting pneumoconiosis.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

ANDREW LANICK, Appellant, v. AMERICAN LAUNDRY MACHINERY COMPANY, Respondent.— Order and judgment reversed, with costs, and motion for judgment denied and motion to amend complaint granted, without costs. Memorandum: The complaint sufficiently alleges a cause of action which in the light of our decision in *Giannovola* v. *General Railway Signal Co.* (*ante*, p. 65, decided March 13, 1935) and *Schmidt* v. *Merchants Despatch Transportation Co.* and the companion cases, *ante*, p. 606, decided May 15, 1935), we construe to be a cause of action in negligence. (*Martin* v. *Herzog*, 228 N. Y. 164; *Amberg* v. *Kinley*, 214 id. 531.) (See, also, our *per curiam* memorandum in *Woernley* v. *Electromatic Typewriters, Inc.*, *ante*, p. 679, decided May 22, 1935.) All concur. (The judgment is entered upon the order dismissing the amended complaint in an action for personal injuries caused by contracting pneumoconiosis.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.